Joshua Bradley #68370
Full Name/Prisoner Number
IMSI A Block #73
PO BOX 51
Boise, ID 83707
Complete Mailing Address

Petitioner

U.S. COURTS
FEB 18 2011
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Joshua Bradley
Petitioner,
(Full name)

vs.

Randy Blades
Respondent.

CASE NO. 11-061-CV REB
(to be assigned by the Court upon filing)

**APPLICATION FOR IN FORMA PAUPERIS STATUS**

By completing this Application, I am requesting in forma pauperis status rather than paying the filing fee at the time of filing. I understand that, if my request is granted, my fee will not be waived, but I will be responsible to pay the fee from my prison trust account in increments, when and as I am able to do so.

1. Are you employed? Yes ____ No. X . If employed, please state your job title and the total amount of wages you make per month.

N/A ________ $ Ø per month
Job Title

2. Within the past twelve (12) months, have you received any money from any of the following sources?
   a. Business, or other form of self-employment? Yes___ No X
   b. Rent payments, interest or dividends? Yes___ No X
   c. Pensions, annuities, or life insurance payments: Yes___ No X
   d. Gifts or inheritances? Yes___ No X
   e. Any other sources? __________ (State source) Yes___ No X

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve (12) months.

N/A

3. Do you have any money, including in prison accounts or other checking or savings accounts?
Yes___ No X.

If the answer is "yes," state the total amount. $ Ø

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes___ No X. If the answer is "yes," describe the property and state its approximate value.

n/a

5. List the persons who are dependent upon your support, state your relationship to those persons, and indicate how much you do, or are obligated to contribute, toward their support.

| | | |
|---|---|---|
| n/a | | $ n/a |
| n/a | | $ n/a |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16 day of febuary, 20 11.

[signature]
Petitioner

**Note: You do not need to send a copy of this document to Respondent. This Application must be accompanied by a Prison Trust Account Statement. This Application takes the place of an in forma pauperis motion and affidavit. Notarization is not necessary because the Application is signed under penalty of perjury.**